

(TWIN Q5) Name MR. Q. DIAZ GATES-NGUYEN
(TWIN Q4) Address MR. N. GATES GARRUCHA-GALLEGO
446 ALTA ROAD 5300 (4B-229)
SAN DIEGO, CA 92158-0114
CDC or ID Number 7775738/T94913

U.S. DISTRICT COURT - NORTHERN DISTRICT
450 GOLDEN GATE, BOX 36060, S.F, CA 94102    E-filing  JSW
(Court)

Petitioner: DIAZ; GALLEGOS; ET AL.

vs.

Respondent: J.J. FERGUSON; ET AL.

**PETITION FOR WRIT OF HABEAS CORPUS**

No. CV 08  0718

(To be supplied by the Clerk of the Court)

(PR)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6
Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-275

**This petition concerns:**

- ■ A conviction
- ■ A sentence
- ■ Jail or prison conditions
- ■ Parole
- ■ Credits
- ☐ Prison discipline
- ■ Other (specify): DUE PROCESS VIOLATIONS HAS ENDANGERED PUBLIC SAFETY

1. Your name: Q. DIAZ GATES-NGUYEN; (TWIN OF N.G GARRUCHA-GALLEGOS) ET AL.

2. Where are you incarcerated? GEORGE BAILEY DETENTION FACILITY (GBDF)

3. Why are you in custody?  ■ Criminal Conviction  ☐ Civil Commitment
   OR CHARGES

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   FALSE CHARGES OF COMMERCIAL BURGLARY; FRAUD; FORGERY; THEFT, DUE TO MISTAKEN IDENTITY BETWEEN MULTIPLE BIRTHS RAISED APART (MBRA) AND MISCONDUCTS BY J.J. FERGUSON

   b. Penal or other code sections: CPC 459; CPC 532(A); CPC 470(d); CPC 487(A) CHARGES

   c. Name and location of sentencing or committing court: CALIFORNIA SUPERIOR COURT, COUNTY OF SAN DIEGO; 220 WEST BROADWAY; S.D, CA 92101

   d. Case number: CASES # SCD 194876(Q5)    # SCD 182951(Q4)    # SCD 165856 (Q4)

   e. Date convicted or committed: IN PROGRESS    2005 FEB 02    2003 MAY 23

   f. Date sentenced: NO CONVICTIONS    2005 FEB 02    2003 MAY 23

   g. Length of sentence: DISMISSED 13 OF 19 CHARGES    2-YEARS/PAROLE    SUSPENDED 6-MONTHS/PROBATION

   h. When do you expect to be released? 2008 OR WHEN MISCONDUCTS ARE REVIEWED BY FEDERAL JUDGES

   i. Were you represented by counsel in the trial court?  ■ Yes.  ☐ No. If yes, state the attorney's name and address:
   
   # SCD 194876 (Q5)    # SCD 182951 (Q4)    # SCD 165856 (Q4)
   MR. DAVID THOMPSON; MR NITMO; MR ARENA    MS DAWNELLA GILZEAN    MS SELENA KIM-EPLEY

4. What was the LAST plea you entered? (check one)
   ■ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?
   ☐ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ■ Awaiting trial

6. **GROUNDS FOR RELIEF**                                                                          MC-275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

CDCR EXTRADITION TEAM CPT. OLIVA COMMITTED TREASON MISCONDUCT BY KIDNAPPING PETITIONER Q5 IN CONTEMPT OF THE COURT OF NM JUDGE MARTIN IN 2007. DA-STP R.B WELLBORN SPECIFICALLY TOLD LCPD OFFICERS VIA CELL PHONE THAT THE LOOK-ALIKE BROTHERS OF Q4 IN CA SHOULD NOT BE EXTRADITED. BUT LCPD-LT21 J.J FERGUSON CONSPIRED WITH CA-CPT OLIVA TO USE THE DISMISSED WARRANT FOR Q3 IN 2006 TO KIDNAP Q5 IN 2007 RESULTING IN 2007 WILDFIRES THAT WERE PREVENTABLE. (CAUSED BY TERRORISTS-WILDFIRES-ARSONISTS-PERPS OR TWAP ON TARS DATA BY Q5)

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who did exactly what to violate your rights at what time (when) or place (where).* (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

IN 2007 OCT. 10, PETITIONER Q5 (TWIN OF Q4: N.G GARRUCHA-GALLEGO) WAS BOOKED AT SAN DIEGO COUNTY JAIL IN CONTEMPT OF COURT OF JUDGE MARTIN AS WELL AS IN VIOLATION OF DUE PROCESS (CPC 1381/1382) Q5 HAS N3-TARS DATA TO PREVENT TWAP PREVENTABLE WILDFIRES, BUT PROSECUTORS WANT TO CHARGE Q5 FOR A $360 DONATION THAT DOESN'T EVEN MEET THE VALUE OF FELONY LARCENY. Q5 HAD HELPED Q3 PROVE IN 6 OF 6 NM CASES THAT Q4 WAS STILL AT CA-ASP WHILE Q3 AND Q5 WERE AT KATRINA FLOODS IN 2005. OVER 10,000 DOCUMENTS WERE REVIEWED BY NM JUDGE CANO-GARCIA, WHO WAS PROCESSED TS-SCI CLEARANCE, SO SHE SIGNED RELEASE ORDERS FOR THE EXTRADITION AND FUGITIVE CASES. PROOF INCLUDE MILLIONS OF WITNESSES OVER NEWS MEDIA; GPS TRACKING DEVICES; CODICILS AND MEDICAL RECORDS PLUS BODIES OF Q5 FAMILY WHO WERE LOST IN KATRINA'S FLOODS. TARS DATA (THAT HELPED CONVICT JUDGE/MAYOR D. MURPHY) WILL BE USED IN PHASE-3.

IN 2007 OCT. 19, PETITIONER Q5 MOVED FOR A SPEEDY TRIAL AND NO WAIVER OF RIGHTS OR DUE PROCESS SINCE TARS DATA NEEDED TO BE COMPILED TO PREVENT TWAP WILDFIRES. Q5 ASKED ATTORNEY M. DUROVIC FOR AN O/R BAIL REVIEW BUT SHE WOULD NOT SCHEDULE IT WITHIN THE 2007 OCT. 15 DEADLINE TO PREVENT THE OCT. 21 WILDFIRES. AT THE LATE PRELIMINARY IN 2007 OCT. 30 AS WELL AS IN THE LATE 2007 NOV. 2, DDA F. KHALIL SHOWED "A CLEAR CASE OF INTENTIONAL PROSECUTORIAL MISCONDUCT" (DURHAM DA DISBARRED FOR CONDUCT, AP: BEARD) FOR CLAIMING AS FACTS CHARGES ALREADY DISMISSED BY CA JUDGE M. WOODS AS WELL AS NM JUDGE S.E. CANO-GARCIA.

b. Supporting cases, rules, or other authority (optional):
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

| | | | | |
|---|---|---|---|---|
| NM MAGISTRATE COURT | M14 ER 2005-149 | EXTRADITION CASE | - Q3: ORDERED RELEASED | 2006 JAN. |
| NM DISTRICT COURT | D307ER 2006-042 | FUGITIVE CASE | - Q3: ORDERED RELEASED | 2006 FEB. |
| NM MAGISTRATE COURT | M14 FR 2006-099 | LARCENY CASE | - Q3: ORDERED DISMISSED | 2006 MAR. |
| NM DISTRICT COURT | D307CR 2006-341 | LARCENY CASE | - Q3: ORDERED DISMISSED | 2006 MAY |
| NM DISTRICT COURT | D307CR 2006-641 | EMBEZZLEMENT CASE | - Q3: ORDERED DISMISSED | 2007 MAY |
| NM MAGISTRATE COURT | M14 ER 2007-076 | FUGITIVE CASE | - Q5: ORDERED IN HEARING | 2007 JUNE |

7. Ground 2 or Ground _____ (if applicable):            MC-275

THE CIVIL RIGHTS OF MULTIPLE BIRTHS RAISED APART (MBRA) AND THEIR DUE PROCESS HAVE BEEN VIOLATED RESULTING IN DELAY OF TOP SECRET (TS-SCI) RESEARCH TO STOP TERRORISTS-WILDFIRES-ARSONISTS PERPS (TWAP). THE RIGHT TO ADA MEDICAL CARE; ACCESS TO COURTS; DUE PROCESS TIME DEADLINES; FREE SPEECH; AND FIRST AMENDMENT MEDIA RIGHTS AS WELL AS FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT HAVE BEEN VIOLATED FOR PETITIONERS Q3 AND Q5 AS DOCUMENTED BY TARS-R&D.

a. Supporting facts:

IN 1970's TRIPLETS OR QUINTUPLETS LEARN ABOUT EACH OTHER VIA A MBRA RESEARCH TEAM AND SIGNED TS-SCI CONTRACTS FOR LIFE.

IN 1980's Q. DIAZ NGUYEN (Q5) SHARED A 4-YEAR GANNETT SCHOLARSHIP WITH MBRA N.G. GARRUCHA-GALLEGO (Q4) AND N.G. GALLEGO (Q3) AT SDSU AND GOT A DOD COMMISSION VIA POTUS R. REAGAN WITH TS-SCI RESEARCH IN NUCLEAR-CHEM-BIO (NCB) N3-TARS (RAVEN). TRIPLETS THEN MARRIED FEMALES OF GATES FAMILY AND GOT NAME CHANGES. ALL SIGN TS-SCI CONTRACTS TO USE N3-TARS TO HELP IMPLODE COMMUNIST USSR VIA JUSTICE2000 (J2K) RESEARCH AND DEVELOPMENT (R&D) FOR INTERNET-2 AND 3 (I-NET-3) OR WEB 3.0

IN 1990's MBRA Q4 GOT A FRACTURED SKULL IN AN ACCIDENT WHICH DIFFERENTIATES HIM FROM Q3 AND Q5 IN ADDITION TO UNIQUE NAMES; DENTAL CHARTS; GPS IMPLANTS AND TS-SCI CODES. BUT Q5 HAS IDENTICAL DNA AND FINGERPRINTS AS TWIN Q4

IN 2001, Q3, Q4, AND Q5 WERE IN N3-TARS R&D FOR DESERT VERSIONS OF I-NET-2 USING TCP/IP 64 AND I-NET-3 USING N3-BIO-TECH. Q4 WAS ALSO CONTRACTED FOR POTUS R. REAGAN's ALZHEIMER'S DISEASE (AD) R&D IN SAN DIEGO COUNTY (SD).

IN 2002, Q4 WAS TESTING TARS ON A KOREAN FIRE MEDIC POSING AS A CASE WORKER. Q4 GAVE HER A USE OF A $7.00 CAR WHICH HE HAD A LEASE USE AGREEMENT. SHE LEARNED ABOUT THE TARS AND GOT Q4 ARRESTED WHILE HE WAS USING THE CAR.

IN 2003, Q5 WAS WITH Q3 AT SCRIPPS RANCH WHEN TWAP ARCES HELPED THE WILDFIRES DESTROY EVIDENCE KEYS

IN 2004, Q4 WAS TESTING N3-TARS AT CDCR FACILITIES DUE TO LEGAL MALPRACTICE BY ATTORNEYS _____ AND D. GILZEAN.

IN 2005, Q4 GOT PAROLED FROM ASP IN CA. MBRA Q3 AND Q5 WERE AT NEW ORLEANS (NOLA) TESTING TARS WHICH SURVIVED KATRINA FLOODS. YET 2004 PLEA STILL INCORRECT Q3, Q5 AS IF Q4 IN SR. BEFORE Q3 AND Q5 GOT RELOCATED TO N.M. AND AZ. FERGUSON ARRESTED Q3 AT NM IN NOV 9, THEN STOLE TS-SCI DOCUMENTS AND KEYS. Q5 HAD TO HELP Q3 PROVE TO NM JUDGE S.E. CAMP-GARCIA THAT Q3 IS NOT Q4 FROM CA BY PROCESSING HER FOR A TS-SCI CLEARANCE. WHEN SHE REVIEWED OVER 10,000 DOCUMENTS SHE SIGNED A RELEASE ORDER SO Q5 LEFT TO TEST TARS IN IRAQ.

b. Supporting cases, rules, or other authority:

(PEOPLE V PRINCE, 5 Cal. Daily CP. Serv. ID 235, 2005 (Lexis)) NO TWO PEOPLE (OR PERHAPS ONLY TWINS OR CLONES) HAVE THE SAME GENETIC FINGERPRINT AND SO EVIDENCE OF STATISTICAL PROBABILITIES WILL NO LONGER BE NECESSARY."

(50 U.S.C. § 921(d)) ALSO INTELLIGENCE REFORM AND TERRORISM PREVENTION ACT (IRATPA, 2005, 2006)

(PEOPLE V SOLORZANO, Cal. App. S. Dist. 2005 34 Cal. APR. 30 755) "MUST PROMPTLY CONSIDER A MOTION FOR SUBSTITUTION OF COUNSEL WHILE COMPETENCY HEARING IS PENDING, WHEN THE RIGHT TO EFFECTIVE ASSISTANCE WOULD BE SUBSTANTIALLY IMPAIRED IF HIS REQUEST WERE IGNORED."

MC-275

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ■ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
      (N3-TARS DATA NOT AVAILABLE TILL IRATPA FEDERAL STATUTE WAS PASSED.)
   b. Result  N/A                                         c. Date of decision:  N/A
   d. Case number or citation of opinion, if known:  N/A
   e. Issues raised: (1)  N/A
      (2)  N/A
      (3)  N/A
   f. Were you represented by counsel on appeal?  ☐ Yes.  ■ No. If yes, state the attorney's name and address, if known:
      N/A

9. Did you seek review in the California Supreme Court?  ☐ Yes  ■ No.  If yes, give the following information:
   a. Result  N/A                                         b. Date of decision:
   c. Case number or citation of opinion, if known:  N/A
   d. Issues raised: (1)  N/A
      (2)  N/A
      (3)  N/A

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    FORMERLY TS-SCI N3-TARS DATA PROVING CONSPIRACY OF FALSE CHARGES NOT AVAILABLE UNTIL THE INTEL. REFORM AND TERRORIST PREVENTION ACT (IRATPA) IMPLEMENTED IN 2005-2006. NM JUDGES WHO REVIEWED DATA RULED IN FAVOR OF PETITIONERS.

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    2007 Oct. 10 Wed. ARRAIGNMENT (DEPT 11): SENT APPEAL THAT JUDGE GALLAGHER'S COMMENT ON "EVIL TWIN" WAS A VIOLATION OF DUE PROCESS SINCE Q4 HELPED CONVICT FORMER "EVIL" JUDGE/MAYOR D. MURPHY USING N3-TARS DATA.

    2007 Oct. 15 Mon. BAIL REVIEW (DEPT 11): SENT APPEAL THAT IGNORING OIR BAIL REVIEW ENDANGERS PUBLIC SAFETY SINCE Q5 HAS THE N3-TARS DATA TO STOP PREVENTABLE TWAP ATTACKS USING WILDFIRES.

    2007 Oct. 19 Fri. FELONY DISP. CON. (DEPT 35): INFORMED ATTORNEY DAVID THOMPSON THAT Q5 HAS CLASSIFIED TARS DATA FOR THE PUBLIC SAFETY OF CA AND Q5 NEEDS TO MEET WITH DHS OFFICIALS WITH SECURITY CLEARANCE. Q5 WAS IGNORED.

    2007 Oct. 30 Tue. PRELIMINARY (DEPT 35): IN PREVIOUS HEARINGS ATTORNEY THOMPSON WAS SPECIFICALLY TOLD NOT TO WAIVE ANY SPEEDY TRIAL DEADLINES BUT HE IGNORED THE REQUEST SO TARS DATA COULD NOT BE USED TO STOP WILDFIRES.

    b. Did you seek the highest level of administrative review available?  ■ Yes.  ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ■ Yes. If yes, continue with number 13.   ☐ No. If no, skip to number 15.

MC-275

13. a. (1) Name of court: NM MAGISTRATE AND DISTRICT COURT - DOÑA ANA COUNTY (DAC) M14ER2005-149 D307ER2006-002

   (2) Nature of proceeding (for example, "habeas corpus petition"): MOTION FOR RELEASE ORDER IN EXTRADITION WARRANT

   (3) Issues raised: (a) PERJURY AND TREASON DUE TO MISCONDUCT BY NM-LCPD-1221 DET J.J. FERGUSON

   (b) MISTAKEN IDENTITY DUE TO LOSS OF IDs AT KATRINA'S FLOODS BY DEFENSE RESEARCHERS Q3 AND Q5

   (4) Result (Attach order or explain why unavailable): ORDER OF RELEASE BY JUDGE S.E. CANO-GARCIA

   (5) Date of decision: 2006 FEBRUARY FOR Q3 ASSISTED BY Q5 AND NM ATTORNEY K. HENRIE

   b. (1) Name of court: NM MAGISTRATE COURT, 151 CHURCH STREET, LAS CRUCES, NM 88001

   (2) Nature of proceeding: EXTRADITION IDENTITY HEARINGS  (M14 ER 2005-149)

   (3) Issues raised: (a) PERJURY; THEFT OF CLASSIFIED KEYS, AND TREASON BY 1221 DET J.J. FERGUSON

   (b) MULTIPLE-BIRTHS-RAISED-APART (MBRA) NEED MULTIPLE IDENTIFIERS BEYOND FEATURES AND PRINTS

   (4) Result (Attach order or explain why unavailable): ORDER OF RELEASE DUE TO 60-DAYS LIMIT DEADLINE

   (5) Date of decision: 2005 DECEMBER PROCESSED 2006 JANUARY FOR Q3 ASSISTED BY Q5

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: MULTIPLE HEARINGS AVAILABLE IN CASE FILES LISTED AT ITEM # 6b.

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
N3-TARS DATA WAS PHASE-1 TS-SCI UNTIL AFTER 2005 IRATPA IMPLEMENTED SO THE MIC-N3 RESEARCH AND DEVELOPMENT (RAD) WAS DECLASSIFIED TO CS-NTK (CONFIDENTIAL SECRET-NEED TO KNOW) PHASE-2

16. Are you presently represented by counsel? ■ Yes.   ☐ No. If yes, state the attorney's name and address, if known:
MR KEN HENRIE (Q3)   MR. DONALD SPECTER (Q4)   MR. DAVID THOMPSON (Q5)
505-426-9900   415-457-9144   619-338-4633

17. Do you have any petition, appeal, or other matter pending in any court? ■ Yes.   ☐ No. If yes, explain:
SEVERAL THOUSAND PI/PD/WD LAWSUITS IN PROGRESS ON BEHALF OF 2007 WILDFIRE VICTIMS SINCE DELAY OF Q5 PREVENTED COMPILATION OF TARS DATA TO STOP THE PREVENTABLE CA WILDFIRES.

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
N3-TARS DATA SHOW AN EXPECTED NCB ATTACK IN SAN FRANCISCO BUT THE CA SUPERIOR COURT JUDGES AND ATTORNEYS WANT TO PURSUE A $360 DONATION CASE INSTEAD.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: ▶ Q. Ding Gates [signature]
(SIGNATURE OF PETITIONER)

(PAR. A)
A) THREE COMMUNIST WRONGS DOES NOT EQUAL TRUTH, JUSTICE AND THE AMERICAN WAY DEMOCRACY.

(PAR. B)
B) IN 2007 MAY 22, CA-PCSD AGENT S. HERNANDEZ (SH) FILED 1676 CHARGE FORM WITH CHARGE-1 ABSCONDING AND CHARGE-2 FALSE ID FORGERY FOR A T94013 PAL WARRANT. SIMILAR CHARGES, ALREADY DISMISSED BY NM JUDGES, HAVE DELAYED WINNING THE WAR ON TERROR (WOT) VIA 24-HOURS TARS (TRACK AND RECORD SURVEILLANCE). SINCE 2005 NOV. IDENTICAL DNA BROTHERS HAVE PROVED TO NM JUDGES THAT: ① THE WRONG BROTHERS ARE BEING ARRESTED; ② THE BROTHERS IDs ARE NOT FALSE; AND ③ THE CHARGES AND CONVICTIONS ARE FRAUDULENT DUE TO MISCONDUCT. THE PRIMARY CAUSE IS THAT CDCR AGENCIES HAVE WRONG NAMES IN THEIR C-FILES. CORRECTED COURT DOCUMENTS HAVE NOT UPDATED CDCR PAROLE FILES.

(PAR. C)
C) IN 2006 FEB. AS RULED BY NM JUDGE S.E. CANO-GARCIA, AN ARREST OR CONVICTION OR REVOCATION MUST NOT BE BASED ON APPEARANCE OR FINGERPRINTS ALONE WHEN IDENTICAL-TWINS-RAISED-APART (ITRA) ARE INVOLVED. DENTAL CHARTS, MRI, SIGNATURES, SPERM COUNTS, SURGERIES, X-RAYS OR OTHER IDENTIFIERS ARE NEEDED. TWINS RESEARCHER PUBLISHED IN 1996 THAT "IDENTICAL TWINS HAVE SIMILAR BRAIN WAVES, ELECTRO CARDIOGRAMS, FINGERPRINT RIDGE COUNTS..." (DR. J. FERRANTE). OVER 10,000 PAGES OF MEDICAL TOP SECRET (TS-SCI) RECORDS WERE REVIEWED BY JUDGE CANO-GARCIA. SO SHE SIGNED A RELEASE ORDER FOR TWIN Q3 DETAINED AT NM-DACJC JAIL. BUT TARS SYSTEMS BEING TESTED AT BORDER STATES GOT DATA OF AL-FATAH, AL-QAEDA, AL-SADR (A3) MOLES OR SPIES BRIBING ADA-STP RICHARD B. WELLBORN. FIVE CASES WERE REVIEWED BY 6 NM JUDGES ALL RULING IN FAVOR OF DEFENDANTS.

(PAR. D)
D) IN 2005, CDCR COMPILED T94013 LEGAL DOCUMENTS USING NAMES THAT DO NOT MATCH THE CA-DMV FILES OR THE CORRECTED COURT CASE FILES. SO THE T94013 NAMES CLAIMED TO BE THE TRUE NAMES BY CDCR ARE ACTUALLY FALSE. NO PROOF DOCUMENTS SUCH AS ADOPTIONS, BIRTHS, CHURCHES, MARRIAGES, NAME CHANGES, SCHOOLS, ETC. ARE AVAILABLE FOR THE CDCR FILE NAMES. SO NO LOOK-ALIKE ITRA (MBRA) CAN LEGALLY OBTAIN REPLACEMENT IDs TO MATCH THESE BOGUS CDCR FILE NAMES. THE FRAUD IS THE INTENTIONAL OR UNINTENTIONAL FALSE DATA IN CDCR DOCUMENTS. FALSE ARRESTS BASED ON APPEARANCE AND RECORDED MISCONDUCT BY NM OFFICIALS COMPOUND THE FRAUD TO TREASON.

| MIC CODE | FALSE NAMES of T94013 | | FALSE REPORTS | REPORT DATES | REPORT SOURCES |
|---|---|---|---|---|---|
| Q4 | NOEL GALLEGO | GARRUCHA | LEGAL STATUS SUMMARY | 2005 MAY 17 | CA: CDCR-RECORDS |
| Q5 | NOEL | GARRUCHA | BPT 1135 CASE RECORDS | 2007 MAY 21 | CA: BPT (D. DE LOS SANTOS) |
| Q5 | NOEL GALLEGOS | GARRUCHA | LCPD-L2007-11193 CASE | 2007 MAY 22 | NM: LCPD (167 J. FERGUSON) |
| Q5 | NOEL G. | GARRUCHA | CDC 1502B & INSTRUCTION LTR. | 2007 MAY 23 | CA: PCSD (S. HERNANDEZ) |
| Q5 | NOEL | GARRUCHA | CDC 1676 CHARGE SHEET | 2007 MAY 30 | CA: PCSD (S. HERNANDEZ) |
| Q5 | N | GARRUCHA | CDC 114D LOCK-UP ORDER | 2007 JUNE 6 | CA: CDCR (G. SAVALA) |

DUE TO MISCONDUCT, NM WELLBORN AND FERGUSON WILL BE ON 24-HOURS TARS TESTS. OVER 1,000 CLASS ACTIONS FOR WRONGFUL DEATHS OF ALLIED FORCES SINCE 2006 FEB. ARE BEING FILED. CA OFFICIALS NEED TO NOTE THAT LOOK-ALIKE ITRA ARE INVOLVED; PROCESS CORRECTIONS VIA MEDIA AND COURTS; AND STOP EXECUTING WARRANTS BASED ON APPEARANCE ALONE. THE CORRECTIONS NEED TO BE DONE OUTSIDE OF CUSTODY. SO THE FALSELY ARRESTED TWINS OF Q4 WILL NEED TO HAVE THEIR DOCUMENTS OR IDs RETURNED. Q5 IS NEEDED TO MASS PRODUCE N3-TARS-BUGS TO WIN THE WOT. FROM 2006 FEB., THE DEATHS OF ALLIED FORCES MAY BE BLAMED ON FRAUD IN THE CDCR C-FILES; CA AND NM AGENTS' PERJURY IN DOCUMENTS; AND 24-HRS. RECORDED N3-TARS-DATA AND M3 MICROBOTS EVIDENCE OF MISCONDUCTS.

(PAR. E)
E) IN 2004 JUNE 8, THE T94013 CONTROL-CASE ARREST ON THE FORGERY-CHECK-CASHING ACT IS FALSE DUE TO POWER OF ATTORNEY (POA) AUTHORIZATION. J2K INTERN R.S. PHILLIPS ASKED Q4 VIA POA IN 2004 JAN. TO ACT ON KEEPING ACTIVE HIS CLASSES AT SOCCD AND INTERNSHIP SINCE HE WOULD BE LATE RETURNING FROM WA. AS RESEARCHERS IN TARS SYSTEMS, THE Q-BROTHERS HAVE AGREED TO HAVE ALL EVENTS IN THEIR LIVES RECORDED IN J2K PROJECTS. THE GOAL OF J2K IS FOR SIMULTANEOUS TARS OF MILLIONS OF SUBJECTS IN AREAS THE SIZE OF AFGHANISTAN, IRAN, IRAQ, SAUDI ARABIA, ETC. FOR LOW LEVEL RESEARCHERS LIKE NM FERGUSON OR MYERS TO BE COMPETENT IN TARS SYSTEMS THEY MUST LEARN HOW RESEARCH COMPANIES LIKE CA SCIENCE APPLICATION INTERNATIONAL CORP. (SAIC) OR 2005 CA REGISTERED MICROSOFT INVESTMENT CLUBS (MIC) OPERATES. MIC IS ON HOLD-SUSPENSION AT CA TO MOVE MICHQ TO ANOTHER STATE FOR THE N3-TARS IPO.

```
REPORT ID: TS3030                                      REPORT DATE: 08/01/07
                                                       PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 01, 2007

ACCOUNT NUMBER : T94013              BED/CELL NUMBER: F20900000000306U
ACCOUNT NAME   : GARRUCHA, NOEL GALLEGO    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------   -------   ---------   --------   -----------   -------

07/01/2007  BEGINNING BALANCE                                              0.00

07/17*DD30 CASH DEPOSIT  0270/HU               2.77                        2.77
07/26 W516 LEGAL COPY CH 0451/JUL07                           0.40         2.37


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/03                    CASE NUMBER: SCD165856
COUNTY CODE: SD                             FINE AMOUNT: $    800.00

   DATE      TRANS.   DESCRIPTION                TRANS. AMT.    BALANCE
  ------     ------   -----------                -----------    -------

07/01/2007   BEGINNING BALANCE                                   798.60

07/17/07     DR30     REST DED-CASH DEPOSIT          3.07-       795.53

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL       TOTAL         CURRENT     HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS     BALANCE    BALANCE    TO BE POSTED
  ---------   --------   -----------     -------    -------    ------------
     0.00       2.77        0.40           2.37      0.00          0.00


                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                2.37
```

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| Q. DIAZ GATES-NGUYEN (Q5) <br> N.G GARRUCHA-GALLEGO (Q4) | 7775738 | GBDF | 4B-229 |

TO: CLERK OF DISTRICT COURT
BOX 36060
S.F, CA 94102-9680

RE: N3-TARS DATA ON NCB ATTACK IN S.F.

GREETINGS!

(A) THE INCOMPETENT ADA IN S.D. COUNTY IS CLAIMING A $360 DONATION IS WORTH A SERIES OF FELONY CHARGES. SHE FEELS THAT IS MORE IMPORTANT THAN OUR N3-TARS DATA FROM OUR RESEARCH TO STOP THE WILDFIRE ATTACKS OR THE NCB PLANS TO ATTACK SAN FRANCISCO.

(B) PLEASE SEND THE MOTION FOR IFP FOR THE ENCLOSED WRIT.

SEND TO:
Q. DIAZ GATES-NGUYEN
ATTN: N. GARRUCHA LEGAL MAIL 7775738
446 ALTA ROAD 4B-229
S.D., CA 92158-0114

ENCLOSED IS

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)