

Office of the Clerk, United States District Court
UNITED STATES COURTS
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
ATTEMPTED NOT KNOWN
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

SAN DIEGO COUNTY
SHERIFFS DEPT.
G. BAILEY DETENTION FAC.
EAST MESA DETENTION FAC.
☐ RETURN TO SENDER
☒ INMATE RELEASED
☐ NO RECORD ON FILE
DATE: 3/3/08

N. Gates-Garrucha-Gallego
446 Alta Road 5300
T94013
San Diego, CA

MAR 03 2008

FEB 25 2008

RECEIVED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US POSTAGE $00.970
FEB 07 2008
MAILED FROM ZIP CODE 94102
PITNEY BOWES